FILED

**February 12, 2026**

Clerk, U.S. Bankruptcy Court

Middle District of Pennsylvania

Harrisburg

## Creditor List

Name & last 4 of SSN    Helen Logan | 8317

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131

PNC BANK, NA

CREDIT COLLECTION SERVICES
PO BOX 96
NORWOOD MA 02062-0096

PNC BANK, NA
ZWICKER & ASSOCIATES, PC
80 MINUTEMAN ROAD
ANDOVER MA 01810

MATTEW A BERGER, MD, PC
340 MONTAGE MOUNTAIN ROAD
MOOSIC PA 18507-1782

M&T BANK MORTGAGE
PO BOX 900
MILLSBORO DE 19966

PA TURNPIKE TOLL BY PLATE
PO BOX 645631
PITTSBURGH PA 15264-5254

PEOPLES SECURITY BANK & TRUST
PO BOX A
HALLSTEAD PA 18822

PPL ELECTRIC UTILITIES
827 HAUSMAN ROAD
ALLENTOWN PA 18104

SYNCHRONY BANK/CAR CARE MAVIS TIRE
PO BOX 71757
PHILADELPHIA PA 19176

SYNCHRONY BANK/SAMS CLUB DC
PO BOX 71746
PHILADELPHIA PA 19176

SYNCHRONY BANK/TJX COS DC
PO BOX 71746
PHILADELPHIA PA 19176

SYNCHRONY BANK/VENMO
PO BOX 71746
PHILADELPHIA PA 19176

THE HOME DEPOT/CITIBANK
PO BOX 6497
SIOUX FALLS SD 57117

T-MOBILE
PO BOX 742596
CINCINATTI OH 45274-2596

TRACTOR SUPPLY/CITIBANK
PO BOX 6497
SIOUX FALLS SD 57117

| Case Number (if you have one) | 5-26-00254-MJC |

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

3