United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Helen Dean Logan
    Debtor

Case No. 26-00254-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Mar 09, 2026

User: AutoDocke

Form ID: ordsmiss

Page 1 of 2

Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5780914 | + | MATTEW A BERGER, MD, PC, 340 MONTAGE MOUNTAIN ROAD, MOOSIC, PA 18507-1707 |
| 5780917 | + | PEOPLES SECURITY BANK & TRUST, PO BOX A, HALLSTEAD, PA 18822-0571 |
| 5780912 | | PNC BANK, NA, CREDIT COLLECTION SERVICES, PO BOX 96, NORWOOD, MA 02062-0096 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: helen.d.logan@gmail.com | Mar 09 2026 18:49:00 | Helen Dean Logan, 176 Lower Mill Cty Rd, West Abington Twp, PA 18414-8174 |
| 5780910 | + | EDI: BANKAMER | Mar 09 2026 22:45:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5780911 | + | EDI: CAPITALONE.COM | Mar 09 2026 22:45:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5780915 | + | Email/Text: camanagement@mtb.com | Mar 09 2026 18:49:00 | M&T BANK MORTGAGE, PO BOX 900, MILLSBORO, DE 19966-0900 |
| 5780916 | ^ | MEBN | Mar 09 2026 18:44:26 | PA TURNPIKE TOLL BY PLATE, PO BOX 645631, PITTSBURGH, PA 15264-5254 |
| 5780913 | + | Email/Text: bkfilings@zwickerpc.com | Mar 09 2026 18:49:00 | PNC BANK, NA, ZWICKER & ASSOCIATES, PC, 80 MINUTEMAN ROAD, ANDOVER, MA 01810-1008 |
| 5780918 | ^ | MEBN | Mar 09 2026 18:44:35 | PPL ELECTRIC UTILITIES, 827 HAUSMAN ROAD, ALLENTOWN, PA 18104-9392 |
| 5780919 | + | EDI: SYNC | Mar 09 2026 22:45:00 | SYNCHRONY BANK/CAR CARE MAVIS TIRE, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 5780920 | + | EDI: SYNC | Mar 09 2026 22:45:00 | SYNCHRONY BANK/SAMS CLUB DC, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 5780921 | + | EDI: SYNC | Mar 09 2026 22:45:00 | SYNCHRONY BANK/TJX COS DC, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 5780922 | + | EDI: SYNC | Mar 09 2026 22:45:00 | SYNCHRONY BANK/VENMO, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 5780924 | | EDI: AISTMBL.COM | Mar 09 2026 22:45:00 | T-MOBILE, PO BOX 742596, CINCINATTI, OH 45274-2596 |
| 5779700 | | EDI: AIS.COM | Mar 09 2026 22:45:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5780923 | + | EDI: CITICORP | Mar 09 2026 22:45:00 | THE HOME DEPOT/CITIBANK, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |

5780925      + EDI: CITICORP

Mar 09 2026 22:45:00     TRACTOR SUPPLY/CITIBANK, PO BOX 6497, SIOUX FALLS, SD 57117-6497

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026               Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Helen Dean Logan,                                    Chapter        13

**Debtor 1**

Case No.        5:26−bk−00254−MJC

### **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  March 9, 2026

ordsmiss (05/18)